UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.   2:24cv09716 CAS (AJRx)   Date: September 10, 2025

Title   *ANA ISABEL GALVEZ VILLELA; ET AL. v. UR M. JADDOU*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) – NOTICE OF VOLUNTARY DISMISSAL [11] (Filed November 21, 2024)**

This case should have been closed on entry dated November 21, 2024, when plaintiffs' Notice of Voluntary Dismissal [11] was filed.

00:00
**Initials of Preparer**   CMJ